David B. Miller
Texas Bar No. 00788057
david@schneidlaw.com
SCHNEIDER MILLER REYNOLDS, P.C.
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
Telephone:    (972) 479-1112
Facsimile:    (972) 479-1113

T. Micah Dortch
Texas Bar No. 24044981
micah@dll-law.com
Dortch Lindstrom Livingston Law Group
2613 Dallas Parkway, Suite 220
Plano, TX  75093
Telephone:  214-252-8258
Facsimile:  888-653-3299

*Special Counsel for the Trustee Areya Holder Aurzada*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | | **CASE NO. 22-30500-swe7** |
| **DENNIS JAMES ROGERS II,** § | | |
| Debtor. § | | **CHAPTER 7** |

| | | |
|---|---|---|
| **AREYA HOLDER AURZADA,** § | | |
| **CHAPTER 7 TRUSTEE FOR THE** § | | |
| **BANKRUPTCY ESTATE OF** § | | |
| **DENNIS JAMES ROGERS II** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | **Adversary No. 24-03028** |
| § | | |
| **FUNDERZ.NET, LLC,** § | | |
| Defendant. § | | |

**RETURN OF SUMMONS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Pursuant to this Court's Trial Setting and Alternative Scheduling Order, Plaintiff states as follows:

On May 6, 2024, I served the Summons, Original Complaint, and the Trial Setting and Alternative Scheduling Order on the Texas Secretary of State.

Dated: May 18, 2024

Respectfully submitted,

By: */s/ David B. Miller*
David B. Miller
Texas Bar No. 00788057
david@schneidlaw.com
SCHNEIDER MILLER REYNOLDS, P.C.
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
Telephone: (972) 479-1112
Facsimile: (972) 479-1113

and

T. Micah Dortch
Texas Bar No. 24044981
micah@dll-law.com
Dortch Lindstrom Livingston Law Group
2613 Dallas Parkway, Suite 220
Plano, TX 75093
Telephone: 214-252-8258
Facsimile: 888-653-3299

*Special Counsel for the Trustee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 18, 2024, I caused a copy of the foregoing to be served on all parties eligible to receive service through the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas by electronic mail.

By: */s/ David B. Miller*
David B. Miller