

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

The following constitutes the ruling of the court and has the force and effect therein described.

Signed July 18, 2024

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-30500-swe7 |
| DENNIS JAMES ROGERS II, | § | |
| Debtor. | § | CHAPTER 7 |

_____

| | | |
|---|---|---|
| AREYA HOLDER AURZADA, | § | |
| CHAPTER 7 TRUSTEE FOR THE | § | |
| BANKRUPTCY ESTATE OF | § | |
| DENNIS JAMES ROGERS II | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 24-03028 |
| | § | |
| FUNDERZ.NET, LLC, | § | |
| Defendant. | § | |

## SCHEDULING ORDER

To promote the efficient and expeditious disposition of adversary proceedings, the following schedule shall apply to the above-captioned adversary proceeding.

**IT IS HEREBY ORDERED** that:

52544459.3

1. The discovery planning conference described in Rule 26(f) of the Federal Rules of Civil Procedure (the "**Federal Rules**"), made applicable by Rule 7026 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), shall be deemed to have taken place.

2. **TRIAL** is set before the **Honorable Scott W Everett at the U.S. Bankruptcy Court, 1100 Commerce Street, 14th Floor, Courtroom No. 3, Dallas, Texas, 75242** the week of **February 3, 2025**. Docket call for this trial will be held on **January 27, 2025 at 9:30 AM via Webex at https://us−courts.webex.com/meet/everett.**

3. A pretrial conference shall be scheduled by the parties at least seven (7) calendar days prior to trial docket call if the parties anticipate that trial will exceed one day or if there are preliminary matters that should be addressed by the Court prior to the commencement of trial.

4. Pursuant to the agreement of the parties, all discovery deadlines and other case deadlines and events are tolled, except as set forth in this Order.

5. Upon the earlier of (a) December 13, 2024, and (b) within fourteen (14) days of Defendant filing an answer, the parties shall submit a proposed scheduling order establishing proposed dates for all tolled discovery deadlines, case deadlines and events and trial. If the parties cannot agree to the form of a proposed scheduling order by the deadline, one or both of the parties shall request a status conference with the Court.

6. Sanctions may be imposed for failure to comply with this Order.

###END OF ORDER###

52544459.3

**AGREED TO AND SUBMITTED BY:**

By: */s/ David B. Miller*
David B. Miller
Texas Bar No. 00788057
david@schneidlaw.com
**SCHNEIDER MILLER REYNOLDS, P.C.**
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
Telephone:  (972) 479-1112
Facsimile:  (972) 479-1113

-and-

T. Micah Dortch
Texas Bar No. 24044981
micah@dll-law.com
**DORTCH LINDSTROM LIVINGSTON LAW GROUP**
2613 Dallas Parkway, Suite 220
Plano, TX  75093
Telephone:  214-252-8258
Facsimile:  888-653-3299

***Special Counsel for the Trustee***

By: */s/ Micheal W. Bishop*
Carmen Contreras-Martinez (admitted *pro hac vice*)
**SAUL EWING LLP**
701 Brickell Avenue, Suite 1700
Miami, FL 33131
(305) 428-4500
carmen.contreras-martinez@saul.com

-and-

Turner N. Falk (admitted *pro hac vice*)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8415
turner.falk@saul.com

-and-

**GRAY REED**
Micheal W. Bishop (TX Bar No. 02354860)
Amber M. Carson (TX Bar No. 24075610)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
(214) 954-4135
mbishop@grayreed.com
acarson@grayreed.com

***Counsel to Funderz.net, LLC***

52544459.3