David B. Miller
Texas Bar No. 00788057
david@schneidlaw.com
SCHNEIDER MILLER REYNOLDS, P.C.
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
Telephone: (972) 479-1112
Facsimile: (972) 479-1113

T. Micah Dortch
Texas Bar No. 24044981
micah@dll-law.com
Dortch Lindstrom Livingston Law Group
2613 Dallas Parkway, Suite 220
Plano, Texas 75093
Telephone: 214-252-8258
Facsimile: 888-653-3299

*Special Counsel for the Trustee Areya Holder Aurzada*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | **CASE NO. 22-30500-swe7** | |
| **DENNIS JAMES ROGERS II,** § | | |
| Debtor. § | **CHAPTER 7** | |

| | | |
|---|---|---|
| **AREYA HOLDER AURZADA,** § | | |
| **CHAPTER 7 TRUSTEE FOR THE** § | | |
| **BANKRUPTCY ESTATE OF** § | | |
| **DENNIS JAMES ROGERS II** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | **Adversary No. 24-03028** | |
| § | | |
| **FUNDERZ.NET, LLC,** § | | |
| Defendant. § | | |

**STIPULATION REGARDING RESPONSE DEADLINES**

Areya Holder Aurzada, in her capacity as Chapter 7 Trustee of the Estate of Dennis Rogers, (the "Trustee") and Defendant Funderz.net, LLC (the "Defendant") hereby stipulate to extend responsive deadlines relating to the Defendant's Motion to Dismiss (the "Motion") [Dkt. No. 23]

such that any response from Plaintiff is due on or before September 16, 2024 and any reply from Defendant is due on or before October 21, 2024.

Dated:  August 30, 2024

                                    Respectfully submitted,

By: */s/ David B. Miller*
    David B. Miller
    Texas Bar No. 00788057
    david@schneidlaw.com
    SCHNEIDER MILLER REYNOLDS, P.C.
    300 N. Coit Road, Suite 1125
    Richardson, Texas 75080
    Telephone:(972) 479-1112
    Facsimile: (972) 479-1113

    -and-

    T. Micah Dortch
    Texas Bar No. 24044981
    micah@dll-law.com
    Dortch Lindstrom Livingston Law Group
    2613 Dallas Parkway, Suite 220
    Plano, Texas  75093
    Telephone:  214-252-8258
    Facsimile:  888-653-3299

    ***Special Counsel for the Trustee***

Stipulated by the above-named Counsel to the Trustee and by:

*/s/Micheal W. Bishop (w/permission)*
Micheal W. Bishop
**GRAY REED**
Micheal W. Bishop (TX Bar No. 02354860)
Amber M. Carson (TX Bar No. 24075610)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
(214) 954-4135
mbishop@grayreed.com
acarson@grayreed.com

-and-

Carmen Contreras-Martinez (*pro hac vice*)
**SAUL EWING LLP**
701 Brickell Avenue, Suite 1700
Miami, FL 33131
(305) 428-4500
carmen.contreras-martinez@saul.com
-and-
Turner N. Falk (*pro hac vice*)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8415
turner.falk@saul.com

*Counsel to Funderz.Net, LLC*