

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 21, 2025**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | (Chapter 7) |
| DENNIS JAMES ROGERS II, | Case No. 22-30500-SWE |
| Debtor. | |
| AREYA HOLDER AURZADA, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF DENNIS JAMES ROGERS II | Adv. Pro. No. 24-03028-SWE |
| Plaintiff, | |
| v. | |
| FUNDERZ.NET, LLC | |
| Defendant. | |

## <u>ORDER GRANTING MOTION TO DISMISS</u>

This matter having been opened to the Court by way of the motion of defendant

Funderz.net, LLC, for an Order dismissing the Amended Complaint (the "<u>Motion to Dismiss</u>")

pursuant to Fed. R. Civ. P. 12(b)(6), applicable pursuant to Fed. R. Bankr. P. 7012, and the Court

having considered the submissions of the parties, and having heard the argument of counsel, and for other good cause shown, and for the reasons set forth on the record at the hearing on January 21, 2025 it is

**ORDERED** that the Motion to Dismiss is hereby **GRANTED IN PART AND DENIED IN PART;** and it is

**FURTHER ORDERED** that Counts A and C are dismissed without prejudice as follows:

The Trustee may replead the element of a "transfer of the property of the debtor" as to any transfers identified in the Amended Complaint as coming from an unidentified source, or from a bank account held in the name of any person other than the debtor; and

The Trustee may replead the element of "actual intent" as shown by an actual admission of intent to hinder, delay or defraud any creditor of the debtor or as shown by badges of fraud.

**FURTHER ORDERED** that the issue of whether the alleged facts give rise to the "Ponzi presumption" of actual fraudulent intent is deferred to trial.

**FURTHER ORDERED** that Counts B and D are dismissed with prejudice; and it is

**FURTHER ORDERED** that the Motion to Dismiss is denied as to Counts E and F; and it is

**FURTHER ORDERED** that Count G is deferred to trial.

### END OF ORDER ###

**APPROVED AS TO FORM:**

Dated:  February 10, 2025              **SAUL EWING LLP**

*/s/ Micheal W. Bishop*
Carmen Contreras-Martinez (admitted *pro hac vice*)
701 Brickell Avenue, Suite 1700
Miami, FL 33131
(305) 428-4500
carmen.contreras-martinez@saul.com

-and-

Turner N. Falk (admitted *pro hac vice*)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8415
turner.falk@saul.com

-and-

**GRAY REED**

Micheal W. Bishop (TX Bar No. 02354860)
Amber M. Carson (TX Bar No. 24075610)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
(214) 954-4135
mbishop@grayreed.com
acarson@grayreed.com

*Counsel to Funderz.Net, LLC*

By: */s/ David B. Miller*
David B. Miller
Texas Bar No. 00788057
david@schneidlaw.com
**SCHNEIDER MILLER REYNOLDS, P.C.**
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
Telephone:  (972) 479-1112
Facsimile:  (972) 479-1113

-and-

T. Micah Dortch
Texas Bar No. 24044981
micah@dll-law.com
**DORTCH LINDSTROM LIVINGSTON LAW GROUP**
2613 Dallas Parkway, Suite 220
Plano, TX  75093
Telephone:  214-252-8258
Facsimile:  888-653-3299

*Special Counsel for the Trustee*