

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed February 21, 2025**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | (Chapter 7) |
| DENNIS JAMES ROGERS II, | Case No. 22-30500-SWE |
| Debtor. | |
| AREYA HOLDER AURZADA, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF DENNIS JAMES ROGERS II | Adv. Pro. No. 24-03028-SWE |
| Plaintiff, | |
| v. | |
| FUNDERZ.NET, LLC | |
| Defendant. | |

### ORDER GRANTING MOTION TO DISMISS

This matter having been opened to the Court by way of the motion of defendant Funderz.net, LLC, for an Order dismissing the Amended Complaint (the "Motion to Dismiss") pursuant to Fed. R. Civ. P. 12(b)(6), applicable pursuant to Fed. R. Bankr. P. 7012, and the Court

52688801.4

having considered the submissions of the parties, and having heard the argument of counsel, and for other good cause shown, and for the reasons set forth on the record at the hearing on January 21, 2025 it is

**ORDERED** that the Motion to Dismiss is hereby **GRANTED IN PART AND DENIED IN PART;** and it is

**FURTHER ORDERED** that Counts A and C are dismissed without prejudice as follows:

The Trustee may replead the element of a "transfer of the property of the debtor" as to any transfers identified in the Amended Complaint as coming from an unidentified source, or from a bank account held in the name of any person other than the debtor; and

The Trustee may replead the element of "actual intent" as shown by an actual admission of intent to hinder, delay or defraud any creditor of the debtor or as shown by badges of fraud.

**FURTHER ORDERED** that the issue of whether the alleged facts give rise to the "Ponzi presumption" of actual fraudulent intent is deferred to trial.

**FURTHER ORDERED** that Counts B and D are dismissed with prejudice; and it is

**FURTHER ORDERED** that the Motion to Dismiss is denied as to Counts E and F; and it is

**FURTHER ORDERED** that Count G is deferred to trial.

### END OF ORDER ###

**APPROVED AS TO FORM:**

Dated: February 10, 2025        **SAUL EWING LLP**

/s/ Micheal W. Bishop
Carmen Contreras-Martinez (admitted *pro hac vice*)
701 Brickell Avenue, Suite 1700
Miami, FL 33131
(305) 428-4500
carmen.contreras-martinez@saul.com

-and-

Turner N. Falk (admitted *pro hac vice*)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8415
turner.falk@saul.com

-and-

**GRAY REED**

Micheal W. Bishop (TX Bar No. 02354860)
Amber M. Carson (TX Bar No. 24075610)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
(214) 954-4135
mbishop@grayreed.com
acarson@grayreed.com

*Counsel to Funderz.Net, LLC*

By: */s/ David B. Miller*
David B. Miller
Texas Bar No. 00788057
david@schneidlaw.com
**SCHNEIDER MILLER REYNOLDS, P.C.**
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
Telephone: (972) 479-1112
Facsimile: (972) 479-1113

-and-

T. Micah Dortch
Texas Bar No. 24044981
micah@dll-law.com
**DORTCH LINDSTROM LIVINGSTON LAW GROUP**
2613 Dallas Parkway, Suite 220
Plano, TX 75093
Telephone: 214-252-8258
Facsimile: 888-653-3299

*Special Counsel for the Trustee*

United States Bankruptcy Court

Northern District of Texas

AREYA HOLDER AURZADA, CHAPTER 7 TRUSTEE,
    Plaintiff

Adv. Proc. No. 24-03028-swe

FUNDERZ.NET, LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0539-3     User: admin     Page 1 of 2
Date Rcvd: Feb 21, 2025     Form ID: pdf001     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Carmen Contreral-Martinez, Saul Ewing LLP, 701 Brickell Avenue, Suite 1700, Miami, FL 33131-2832 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Feb 21 2025 20:38:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Feb 21 2025 20:38:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Feb 21 2025 20:38:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2025      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2025 at the address(es) listed below:**

**Name**      **Email Address**

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 21, 2025 | Form ID: pdf001 | Total Noticed: 4 |

David Brian Miller
    on behalf of Plaintiff AREYA HOLDER AURZADA  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF DENNIS JAMES ROGERS II david@schneidlaw.com, kedrin@schneidlaw.com

Micheal Wayne Bishop
    on behalf of Defendant FUNDERZ.NET  LLC mbishop@grayreed.com

Timothy Micah Dortch
    on behalf of Plaintiff AREYA HOLDER AURZADA  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF DENNIS JAMES ROGERS II micah@dll-law.com, luisa@dll-law.com

Turner Falk
    on behalf of Defendant FUNDERZ.NET  LLC turner.falk@saul.com, tnfalk@recap.email

TOTAL: 4