

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 24, 2025**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: § | CASE NO. 22-30500-swe7 | |
| DENNIS JAMES ROGERS II, § | | |
| Debtor. § | CHAPTER 7 | |

_____

| | | |
|---|---|---|
| AREYA HOLDER AURZADA, § | | |
| CHAPTER 7 TRUSTEE FOR THE § | | |
| BANKRUPTCY ESTATE OF § | | |
| DENNIS JAMES ROGERS II § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Adversary No. 24-03028 | |
| § | | |
| FUNDERZ.NET, LLC, § | | |
| Defendant. § | | |

## AGREED SCHEDULING ORDER

To promote the efficient and expeditious disposition of adversary proceedings, the following schedule shall apply to the above-captioned adversary proceeding.

IT IS HEREBY ORDERED that:

AGREED SCHEDULING ORDER                                                                                              Page 1

1. The discovery planning conference described in Rule 26(f) of the Federal Rules of Civil Procedure (the "**Federal Rules**"), made applicable by Rule 7026 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), shall be deemed to have taken place.

2. **TRIAL** is set before the **Honorable Scott W Everett at the U.S. Bankruptcy Court, 1100 Commerce Street, 14th Floor, Courtroom No. 3, Dallas, Texas, 75242** the week of **October 6, 2025**. Docket call for this trial will be held on **September 29, 2025 at 9:30 AM via Webex at** [https://us−courts.webex.com/meet/everett](https://us−courts.webex.com/meet/everett).

3. Disclosures required by Federal Bankruptcy Rule 7026(a)(1) are due on or before April 3, 2025.

4. Discovery must be completed on or before August 22, 2025. To be clear, discovery must be served to allow responses on or before August 22, 2025. Any motions to compel responses to discovery (other than relating to factual matters arising after the end of the discovery period) must be filed no later than seven (7) calendar days after the close of the discovery period.

5. Expert reports other than as to attorney fees must be exchanged on or before July 24, 2025. Any rebuttal expert reports must be exchanged on or before August 7, 2025. Any objection or motion to exclude or limit expert testimony due to the qualification of the expert or reliability of the opinions must be filed no later than August 22, 2025.

6. Except on leave of court, any hearings relating to ¶¶ 4 and 5 must be conducted no later than September 22, 2025.

7. A Joint Pretrial Order in compliance with Local District Court Rule 16.4 shall be filed, served, and uploaded for Court entry seven (7) days prior to Docket Call. All counsel are responsible for preparing the Joint Pretrial Order, which shall contain the following: (a) a summary of the claims and defenses of each party; (b) a statement of stipulated facts; (c) a list of the contested issues of fact; (d) a list of contested issues of law; (e) an estimate of the length of trial; (f) a list of additional matters

which would aid in the disposition of the case; and (g) the signature of each attorney.

8. Each exhibit shall be marked with an exhibit label. Except for impeachment documents, all exhibits, along with a list of witnesses to be called, shall be exchanged with opposing counsel (or pro se party) fourteen (14) days prior to Docket Call. Each party shall also file a list of exhibits and witnesses fourteen (14) days prior to Docket Call. All exhibits not objected to in writing by Docket Call shall be admitted into evidence at trial without further proof, except for objections to relevance. Written objections to exhibits will be taken up either at the beginning or during the course of the actual trial or at any pretrial conference.

9. Written Proposed Findings of Fact and Conclusions of Law shall be filed seven (7) days prior to Docket Call. Trial briefs shall be filed addressing contested issues of law seven (7) days prior to Docket Call.

10. Unless otherwise directed by the Presiding Judge, all dispositive motions must be heard no later than seven (7) days prior to Docket Call. Accordingly, all dispositive motions must be filed no later than thirty−five (35) days prior to Docket Call, unless the Court modifies this deadline.

11. All parties and counsel must certify to full compliance with this Order at Docket Call. If a resetting is allowed by the Court, the plaintiff or plaintiff's attorney shall notify all other parties and shall file with the Clerk a certificate of service indicating the manner, date, and to whom notice was given.

12. If the case is reset, all the deadlines in ¶¶ 4 – 10 above will be shifted to the newly scheduled Docket Call date in the absence of a contrary Court order.

13. The parties shall decide whether to mediate this matter prior to March 31, 2025. If the parties elect to mediation, mediation shall be conducted on or before May 30, 2025. The parties shall select a mediator by agreement on or before April 31, 2025. If the parties cannot agree on a

mediator, they will inform the Court and the Court may select a mediator.

14. The Plaintiff shall file an amended complaint on or before March 3, 2025.

15. Sanctions may be imposed for failure to comply with this Order.

###END OF ORDER###

**AGREED:**

Dated: March 19, 2025

**SAUL EWING LLP**
*/s/ Micheal W. Bishop*
Carmen Contreras-Martinez (admitted *pro hac vice*)
701 Brickell Avenue, Suite 1700
Miami, FL 33131
(305) 428-4500
carmen.contreras-martinez@saul.com

-and-

Turner N. Falk (admitted *pro hac vice*)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8415
turner.falk@saul.com

-and-

**GRAY REED**
Micheal W. Bishop (TX Bar No. 02354860)
Amber M. Carson (TX Bar No. 24075610)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
(214) 954-4135
mbishop@grayreed.com
acarson@grayreed.com

*Counsel to Funderz.Net, LLC*

*/s/ David B. Miller*
David B. Miller
Texas Bar No. 00788057
david@schneidlaw.com
**SCHNEIDER MILLER REYNOLDS, P.C.**
300 N. Coit Road, Suite 1125
Richardson, Texas 75080

        Telephone:  (972) 479-1112
        Facsimile:  (972) 479-1113

        -and-

        T. Micah Dortch
        Texas Bar No. 24044981
        micah@dll-law.com
        **DORTCH LINDSTROM LIVINGSTON LAW GROUP**
        2613 Dallas Parkway, Suite 220
        Plano, TX  75093
        Telephone:  214-252-8258
        Facsimile:  888-653-3299

        *Special Counsel for the Trustee*