



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed March 24, 2025**

_____
United States Bankruptcy Judge
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-30500-swe7 |
| DENNIS JAMES ROGERS II, | § | |
| Debtor. | § | CHAPTER 7 |

_____

| | | |
|---|---|---|
| AREYA HOLDER AURZADA, | § | |
| CHAPTER 7 TRUSTEE FOR THE | § | |
| BANKRUPTCY ESTATE OF | § | |
| DENNIS JAMES ROGERS II | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 24-03028 |
| | § | |
| FUNDERZ.NET, LLC, | § | |
| Defendant. | § | |

## AGREED SCHEDULING ORDER

To promote the efficient and expeditious disposition of adversary proceedings, the following schedule shall apply to the above-captioned adversary proceeding.

IT IS HEREBY ORDERED that:

AGREED SCHEDULING ORDER      Page 1

1. The discovery planning conference described in Rule 26(f) of the Federal Rules of Civil Procedure (the "**Federal Rules**"), made applicable by Rule 7026 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), shall be deemed to have taken place.

2. **TRIAL** is set before the **Honorable Scott W Everett at the U.S. Bankruptcy Court, 1100 Commerce Street, 14th Floor, Courtroom No. 3, Dallas, Texas, 75242** the week of **October 6, 2025**. Docket call for this trial will be held on **September 29, 2025 at 9:30 AM via Webex at https://us−courts.webex.com/meet/everett**.

3. Disclosures required by Federal Bankruptcy Rule 7026(a)(1) are due on or before April 3, 2025.

4. Discovery must be completed on or before August 22, 2025. To be clear, discovery must be served to allow responses on or before August 22, 2025. Any motions to compel responses to discovery (other than relating to factual matters arising after the end of the discovery period) must be filed no later than seven (7) calendar days after the close of the discovery period.

5. Expert reports other than as to attorney fees must be exchanged on or before July 24, 2025. Any rebuttal expert reports must be exchanged on or before August 7, 2025. Any objection or motion to exclude or limit expert testimony due to the qualification of the expert or reliability of the opinions must be filed no later than August 22, 2025.

6. Except on leave of court, any hearings relating to ¶¶ 4 and 5 must be conducted no later than September 22, 2025.

7. A Joint Pretrial Order in compliance with Local District Court Rule 16.4 shall be filed, served, and uploaded for Court entry seven (7) days prior to Docket Call. All counsel are responsible for preparing the Joint Pretrial Order, which shall contain the following: (a) a summary of the claims and defenses of each party; (b) a statement of stipulated facts; (c) a list of the contested issues of fact; (d) a list of contested issues of law; (e) an estimate of the length of trial; (f) a list of additional matters

which would aid in the disposition of the case; and (g) the signature of each attorney.

8. Each exhibit shall be marked with an exhibit label. Except for impeachment documents, all exhibits, along with a list of witnesses to be called, shall be exchanged with opposing counsel (or pro se party) fourteen (14) days prior to Docket Call. Each party shall also file a list of exhibits and witnesses fourteen (14) days prior to Docket Call. All exhibits not objected to in writing by Docket Call shall be admitted into evidence at trial without further proof, except for objections to relevance. Written objections to exhibits will be taken up either at the beginning or during the course of the actual trial or at any pretrial conference.

9. Written Proposed Findings of Fact and Conclusions of Law shall be filed seven (7) days prior to Docket Call. Trial briefs shall be filed addressing contested issues of law seven (7) days prior to Docket Call.

10. Unless otherwise directed by the Presiding Judge, all dispositive motions must be heard no later than seven (7) days prior to Docket Call. Accordingly, all dispositive motions must be filed no later than thirty−five (35) days prior to Docket Call, unless the Court modifies this deadline.

11. All parties and counsel must certify to full compliance with this Order at Docket Call. If a resetting is allowed by the Court, the plaintiff or plaintiff's attorney shall notify all other parties and shall file with the Clerk a certificate of service indicating the manner, date, and to whom notice was given.

12. If the case is reset, all the deadlines in ¶¶ 4 – 10 above will be shifted to the newly scheduled Docket Call date in the absence of a contrary Court order.

13. The parties shall decide whether to mediate this matter prior to March 31, 2025. If the parties elect to mediation, mediation shall be conducted on or before May 30, 2025. The parties shall select a mediator by agreement on or before April 31, 2025. If the parties cannot agree on a

mediator, they will inform the Court and the Court may select a mediator.

14. The Plaintiff shall file an amended complaint on or before March 3, 2025.

15. Sanctions may be imposed for failure to comply with this Order.

###END OF ORDER###

**AGREED:**

Dated: March 19, 2025         **SAUL EWING LLP**
                              */s/ Micheal W. Bishop*
                              Carmen Contreras-Martinez (admitted *pro hac vice*)
                              701 Brickell Avenue, Suite 1700
                              Miami, FL 33131
                              (305) 428-4500
                              carmen.contreras-martinez@saul.com

                              -and-

                              Turner N. Falk (admitted *pro hac vice*)
                              Centre Square West
                              1500 Market Street, 38th Floor
                              Philadelphia, PA 19102-2186
                              (215) 972-8415
                              turner.falk@saul.com

                              -and-

                              **GRAY REED**
                              Micheal W. Bishop (TX Bar No. 02354860)
                              Amber M. Carson (TX Bar No. 24075610)
                              1601 Elm Street, Suite 4600
                              Dallas, Texas 75201
                              (214) 954-4135
                              mbishop@grayreed.com
                              acarson@grayreed.com

                              *Counsel to Funderz.Net, LLC*

                              */s/ David B. Miller*
                              David B. Miller
                              Texas Bar No. 00788057
                              david@schneidlaw.com
                              **SCHNEIDER MILLER REYNOLDS, P.C.**
                              300 N. Coit Road, Suite 1125
                              Richardson, Texas 75080

Telephone: (972) 479-1112
Facsimile: (972) 479-1113

-and-

T. Micah Dortch
Texas Bar No. 24044981
micah@dll-law.com
**DORTCH LINDSTROM LIVINGSTON LAW GROUP**
2613 Dallas Parkway, Suite 220
Plano, TX 75093
Telephone: 214-252-8258
Facsimile: 888-653-3299

*Special Counsel for the Trustee*

United States Bankruptcy Court

Northern District of Texas

AREYA HOLDER AURZADA, CHAPTER 7 TRUSTEE,
    Plaintiff

FUNDERZ.NET, LLC,
    Defendant

Adv. Proc. No. 24-03028-swe

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 2
Date Rcvd: Mar 24, 2025      Form ID: pdf001      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Carmen Contreral-Martinez, Saul Ewing LLP, 701 Brickell Avenue, Suite 1700, Miami, FL 33131-2832 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Mar 24 2025 21:18:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 24 2025 21:18:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Mar 24 2025 21:18:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 26, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2025 at the address(es) listed below:

**Name**      **Email Address**

| District/off: 0539-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2025 | Form ID: pdf001 | Total Noticed: 4 |

David Brian Miller
    on behalf of Plaintiff AREYA HOLDER AURZADA  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF DENNIS JAMES ROGERS II david@schneidlaw.com, kedrin@schneidlaw.com

Micheal Wayne Bishop
    on behalf of Defendant FUNDERZ.NET  LLC mbishop@grayreed.com

Timothy Micah Dortch
    on behalf of Plaintiff AREYA HOLDER AURZADA  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF DENNIS JAMES ROGERS II micah@dll-law.com, luisa@dll-law.com

Turner Falk
    on behalf of Defendant FUNDERZ.NET  LLC turner.falk@saul.com, tnfalk@recap.email


TOTAL: 4