

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed September 19, 2025

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-30500-swe7 |
| DENNIS JAMES ROGERS II, | § | |
| Debtor. | § | CHAPTER 7 |

| | | |
|---|---|---|
| AREYA HOLDER AURZADA, | § | |
| CHAPTER 7 TRUSTEE FOR THE | § | |
| BANKRUPTCY ESTATE OF | § | |
| DENNIS JAMES ROGERS II | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 24-03028 |
| | § | |
| FUNDERZ.NET, LLC, | § | |
| Defendant. | § | |

## AGREED JUDGMENT

The Parties to the above-styled matter having announced a settlement to resolve this case and the Court, having considered the pleadings and the agreements among the Parties, and finding that it has jurisdiction over all of the parties and claims, hereby renders this Agreed Judgment.

The Court finds Defendant Funderz.net, LLC is liable to Plaintiff Areya Holder Aurzada, Chapter 7 Trustee for the Bankruptcy Estate of Dennis James Rogers II as to all causes of action

in the Second Amended Complaint and orders that Plaintiff Areya Holder Aurzada, Chapter 7 Trustee for the Bankruptcy Estate of Dennis James Rogers II recover from Defendant the sum of Eleven Million Five Hundred Thousand and No/100 Dollars ($11,500,000.00) plus court costs and post-judgment interest at the lawful rate.

All relief not specifically granted herein is denied.

Dated: September 18, 2025

**AGREED:**

**SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk (admitted *pro hac vice*)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8415
turner.falk@saul.com

-and-

Carmen Contreras-Martinez (admitted *pro hac vice*)
701 Brickell Avenue, Suite 1700
Miami, FL 33131
(305) 428-4500
carmen.contreras-martinez@saul.com

*Counsel to Funderz.Net, LLC*


By: */s/ David B. Miller*
David B. Miller
Texas Bar No. 00788057
david@schneidlaw.com
**SCHNEIDER MILLER REYNOLDS, P.C.**
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
Telephone:  (972) 479-1112
Facsimile:  (972) 479-1113

-and-

T. Micah Dortch
Texas Bar No. 24044981
micah@dll-law.com
**DORTCH LINDSTROM LIVINGSTON LAW GROUP**
2613 Dallas Parkway, Suite 220
Plano, TX  75093
Telephone:  214-252-8258
Facsimile:  888-653-3299

*Special Counsel for the Trustee*

###End of Order###