

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed September 19, 2025

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-30500-swe7 |
| DENNIS JAMES ROGERS II, | § | |
|     Debtor. | § | CHAPTER 7 |

_____

| | | |
|---|---|---|
| AREYA HOLDER AURZADA, | § | |
| CHAPTER 7 TRUSTEE FOR THE | § | |
| BANKRUPTCY ESTATE OF | § | |
| DENNIS JAMES ROGERS II | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 24-03028 |
| | § | |
| FUNDERZ.NET, LLC, | § | |
|     Defendant. | § | |

## AGREED JUDGMENT

The Parties to the above-styled matter having announced a settlement to resolve this case and the Court, having considered the pleadings and the agreements among the Parties, and finding that it has jurisdiction over all of the parties and claims, hereby renders this Agreed Judgment.

The Court finds Defendant Funderz.net, LLC is liable to Plaintiff Areya Holder Aurzada, Chapter 7 Trustee for the Bankruptcy Estate of Dennis James Rogers II as to all causes of action

in the Second Amended Complaint and orders that Plaintiff Areya Holder Aurzada, Chapter 7 Trustee for the Bankruptcy Estate of Dennis James Rogers II recover from Defendant the sum of Eleven Million Five Hundred Thousand and No/100 Dollars ($11,500,000.00) plus court costs and post-judgment interest at the lawful rate.

    All relief not specifically granted herein is denied.

Dated: September 18, 2025

**AGREED:**

**SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk (admitted *pro hac vice*)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8415
turner.falk@saul.com

-and-

Carmen Contreras-Martinez (admitted *pro hac vice*)
701 Brickell Avenue, Suite 1700
Miami, FL 33131
(305) 428-4500
carmen.contreras-martinez@saul.com

*Counsel to Funderz.Net, LLC*


By: */s/ David B. Miller*
David B. Miller
Texas Bar No. 00788057
david@schneidlaw.com
**SCHNEIDER MILLER REYNOLDS, P.C.**
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
Telephone:  (972) 479-1112
Facsimile:  (972) 479-1113

-and-

T. Micah Dortch
Texas Bar No. 24044981
micah@dll-law.com
**DORTCH LINDSTROM LIVINGSTON LAW GROUP**
2613 Dallas Parkway, Suite 220
Plano, TX  75093
Telephone:  214-252-8258
Facsimile:  888-653-3299

*Special Counsel for the Trustee*

###End of Order###

United States Bankruptcy Court

Northern District of Texas

Areya Holder Aurzada, Chapter 7 Trustee,
    Plaintiff

Adv. Proc. No. 24-03028-swe

Funderz.Net, LLC,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 19, 2025 | Form ID: pdf001 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Carmen Contreral-Martinez, Saul Ewing LLP, 701 Brickell Avenue, Suite 1700, Miami, FL 33131-2832 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 19 2025 21:21:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 19 2025 21:21:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Sep 19 2025 21:21:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 19 2025 21:21:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 21, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 19, 2025 | Form ID: pdf001 | Total Noticed: 5 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Brian Miller | on behalf of Plaintiff Areya Holder Aurzada  Chapter 7 Trustee for the Bankruptcy Estate of Dennis James Rogers II david@schneidlaw.com, kedrin@schneidlaw.com |
| Timothy Micah Dortch | on behalf of Plaintiff Areya Holder Aurzada  Chapter 7 Trustee for the Bankruptcy Estate of Dennis James Rogers II Micah@dll-law.com, luisa@dll-law.com |
| Turner Falk | on behalf of Defendant Funderz.Net  LLC turner.falk@saul.com, tnfalk@recap.email |

TOTAL: 3