

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 15, 2025**

_____
**United States Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | |
| DENNIS JAMES ROGERS II, | (Chapter 7) |
| | Case No. 22-30500-SWE |
| Debtor. | |
| AREYA HOLDER AURZADA, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF DENNIS JAMES ROGERS II, | |
| Plaintiff, | Adv. Pro. No. 24-03028-SWE |
| v. | |
| FUNDERZ.NET, LLC, | |
| Defendant. | |

### ORDER REOPENING ADVERSARY PROCEEDING

On this day, the Court considered the need to reopen this adversary proceeding.

**It is therefore ORDERED that this adversary proceeding is REOPENED for the limited purpose of post-judgment discovery and proceedings in aid of execution of the judgment entered herein.**

It is further ORDERED that the Clerk shall take all actions necessary to administratively reopen this adversary proceeding.

###END OF ORDER###