David B. Miller
Texas Bar No. 00788057
david@schneidlaw.com
SCHNEIDER MILLER REYNOLDS, P.C.
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
Telephone: (972) 479-1112
Facsimile: (972) 479-1113

T. Micah Dortch
Texas Bar No. 24044981
micah@dll-law.com
Dortch Lindstrom Livingston Law Group
2613 Dallas Parkway, Suite 220
Plano, Texas 75093
Telephone: 214-252-8258
Facsimile: 888-653-3299

*Special Counsel for the Trustee Areya Holder Aurzada*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** § | **CASE NO. 22-30500-swe7** |
| **DENNIS JAMES ROGERS II,** § | |
| Debtor. § | **CHAPTER 7** |

| | | |
|---|---|---|
| **AREYA HOLDER AURZADA,** § | |
| **CHAPTER 7 TRUSTEE FOR THE** § | |
| **BANKRUPTCY ESTATE OF** § | |
| **DENNIS JAMES ROGERS II** § | |
| Plaintiff, § | |
| § | |
| v. § | **Adversary No. 24-03028** |
| § | |
| **FUNDERZ.NET, LLC,** § | |
| Defendant. § | |

### NOTICE OF HEARING ON TRUSTEE'S MOTION TO COMPEL RESPONSE TO FIRST POST-JUDGMENT REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT FUNDERZ.NET, LLC

Please take notice that a Hearing on Trustee's First Post-Judgment Request for Production of Documents upon Defendant Funderz.net, LLC has been scheduled for **Thursday, January 22, 2026 at 1:30 p.m.** before the Honorable Scott W. Everett, U.S. Bankruptcy Judge for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, Texas 75242.

**PLEASE TAKE FURTHER NOTICE** that any parties who wish to participate in the hearings may do so virtually. Video communication will be via WebEx. Connect via WebEx by visiting the WebEx hearing link on the Court's Hearing Dates and Calendar webpage or by using the following link: https://us-courts.webex.com/meet/everett. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1.650.479.3207, using the access code 2304 017 9738.  All interested parties may make their appearance via Webex.

**PLEASE TAKE FURTHER NOTICE** that the Court requests that in advance of the hearing all parties familiarize themselves with Judge Everett's Judge-Specific Guidelines:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates.

**PLEASE TAKE FURTHER NOTICE** that parties may make electronic appearances in advance of the hearing by visiting the following link: Electronic Appearances | Northern District of Texas | United States Bankruptcy Court (uscourts.gov).

Dated:  December 16, 2025

        Respectfully submitted,

        By: */s/ David B. Miller*
           David B. Miller
           Texas Bar No. 00788057
           david@schneidlaw.com
           SCHNEIDER MILLER REYNOLDS, P.C.
           300 N. Coit Road, Suite 1125
           Richardson, Texas 75080
           Telephone:(972) 479-1112
           Facsimile: (972) 479-1113

        -and-

        T. Micah Dortch
        Texas Bar No. 24044981
        micah@dll-law.com
        Dortch Lindstrom Livingston Law Group
        2613 Dallas Parkway, Suite 220
        Plano, Texas 75093
        Telephone: 214-252-8258
        Facsimile: 888-653-3299

*Special Counsel for the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Trustee's First Post-Judgment Request for Production of Documents upon Defendant Funderz.net, LLC was served by ECF upon all persons who have filed ECF appearances in this case.

By: */s/ David B. Miller*
    David B. Miller