

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed January 26, 2026**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-30500-swe7 |
| DENNIS JAMES ROGERS II, | § | |
| Debtor. | § | CHAPTER 7 |

| | | |
|---|---|---|
| AREYA HOLDER AURZADA, | § | |
| CHAPTER 7 TRUSTEE FOR THE | § | |
| BANKRUPTCY ESTATE OF | § | |
| DENNIS JAMES ROGERS II | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 24-03028 |
| | § | |
| FUNDERZ.NET, LLC, | § | |
| Defendant. | § | |

**ORDER GRANTING IN PART PLAINTIFF AREYA HOLDER AURZADA, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF DENNIS JAMES ROGERS II'S MOTION TO COMPEL RESPONSE TO POST-JUDGMENT REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT FUNDERZ.NET, LLC**

CAME ON TO BE HEARD Plaintiff's Motion to Compel Response to Trustee's Post-Judgment Request for Production of Documents to Defendant Funderz.net, LLC. The Court, having considered the evidence, pleadings and the arguments of counsel, finds that the Motion is GRANTED IN PART. It is, therefore,

ORDERED that objections, if any, have been waived and Funderz shall produce all responsive documents, electronically and in native format when applicable, to the office of the undersigned counsel, without objection, within seven (7) days of the entry of this Order.

IT IS FURTHER ORDERED that any proceeding regarding attorneys' fees and costs is deferred pending the response to this Order.

###END OF ORDER###