Carmen Contreras-Martinez (admitted *pro hac vice*)
**SAUL EWING LLP**
701 Brickell Avenue, Suite 1700
Miami, FL 33131
(305) 428-4500
carmen.contreras-martinez@saul.com

-and-

Turner N. Falk (admitted *pro hac vice*)
**SAUL EWING LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8415
turner.falk@saul.com

*Counsel to Funderz.Net, LLC*

FILED

FEB 0 2 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>DENNIS JAMES ROGERS II,<br><br>Debtor. | (Chapter 7)<br><br>Case No. 22-30500-SWE<br><br>Case No. 24-03028-SWE |
| AREYA HOLDER AURZADA, Chapter 7 Trustee for the Bankruptcy Estate of Dennis James Rogers II<br><br>Plaintiff,<br><br>v.<br><br>FUNDERZ.NET, LLC<br><br>Defendant. | |

### MOTION OF SAUL EWING LLP TO
### WITHDRAW AS COUNSEL FOR FUNDEZ.NET, LLC

Saul Ewing LLP, Carmen Contreras-Martinez ("Martinez") and Turner N. Falk ("Falk")

56022118.1

(collectively, "Saul Ewing") hereby move to withdraw as counsel for Funderz.net, LLC ("Funderz") in the above-captioned bankruptcy case pursuant to N.D. Tex. L.B.R. 2091-1. In support of this Motion, Saul Ewing respectfully states as follows:

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### II. PROCEDURAL HISTORY

3. On March 22, 2022, Dennis James Rogers, II (the "Debtor") filed a voluntary petition under chapter 7 of title 11 of the United States Code [Docket No. 1], Areya Holder is the duly appointed and acting chapter 7 trustee in the bankruptcy case (the "Trustee").

4. The Trustee commenced adversary proceeding number 24-03028 against Funderz on April 26, 2024.

5. On June 20, 2024, Martinez and Falk were admitted pro hac vice in this matter.

### III. REQUEST FOR WITHDRAWAL

6. Pursuant to N.D. Tex. L.B.R. 2091-1, Saul Ewing hereby requests that the Court enter the order attached hereto as **Exhibit A** authorizing Saul Ewing's withdrawal as counsel of record for Funderz.

7. Saul Ewing asserts that financial obligations owing to it have not been timely satisfied and cause exists to allow it to withdraw as counsel for Funderz.

8. Saul Ewing requests this Court provide Funderz thirty (30) days for it to retain substitute counsel, allow counsel to familiarize themselves with this matter, and hold any deadlines

2

in abeyance until new counsel can appear.

9. Until new counsel is retained, all pleadings, motions, notices, orders, and other papers may be served upon Funderz.net, LLC, 1022 Avenue M, Floor 2, Brooklyn, NY 11230.

10. Undersigned counsel has conferred with counsel for the Trustee who is not opposed to Saul Ewing withdrawing as counsel in this adversary proceeding.

9. Accordingly, Saul Ewing requests that the Court allow it to withdraw as counsel for Funderz.

WHEREFORE, Saul Ewing respectfully requests that the Court enter an order allowing Saul Ewing to withdraw as attorneys of record for Funderz related in any way to the above-captioned bankruptcy case.

Dated: January 22, 2026

SAUL EWING LLP

_____
Carmen Contreras-Martinez (admitted *pro hac vice*)
701 Brickell Avenue, Suite 1700
Miami, FL 33131
(305) 428-4500
carmen.contreras-martinez@saul.com

-and-

Turner N. Falk (admitted *pro hac vice*)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8415
turner.falk@saul.com

*Counsel to Funderz.net, LLC*

3

56022118.1

## CERTIFICATION OF COUNSEL

I certify that counsel for the Trustee advised counsel on December 11, 2025 that he does not oppose Saul Ewing's withdrawal from this case, but cannot consent to any tolling of deadlines as sought herein.

_____
Carmen Contreras-Martinez

## CERTIFICATE OF SERVICE

I certify that on January 22, 2026, I caused a copy of the foregoing document to be served via electronic mail to the counsel listed below and via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

David B. Miller
SCHNEIDER MILLER REYNOLDS, P.C.
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
david@schneidlaw.com

-and-

T. Micah Dortch
Dortch Lindstrom Livingston Law Group
2613 Dallas Parkway, Suite 220
Plano, TX 75093
micah@dll-law.com

*Special Counsel for the Trustee Areya Holder Aurzada*

and via U.S. Mail to:

Funderz.net, LLC
1022 Avenue M, Floor 2
Brooklyn, NY 11230

_____
Carmen Contreras-Martinez

4

56022118.1

# Exhibit A

# Proposed Order

56022118.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>DENNIS JAMES ROGERS II,<br><br>Debtor. | (Chapter 7)<br><br>Case No. 22-30500-SWE |
| AREYA HOLDER AURZADA, Chapter 7 Trustee for the Bankruptcy Estate of Dennis James Rogers II<br><br>Plaintiff,<br><br>v.<br><br>FUNDERZ.NET, LLC<br><br>Defendant. | Case No. 24-03028-SWE |

### ORDER GRANTING MOTION OF SAUL EWING LLP
### TO WITHDRAW AS COUNSEL FOR FUNDERZ.NET, LLC

Came on for consideration the Motion of Saul Ewing LLP to Withdraw as Counsel for Funderz.net, LLC (the "Motion") filed by Carmen Contreras-Martinez and Turner N. Falk

6

56022118.1

(collectively, "Saul Ewing"). The Motion was served pursuant to N.D. Tex. L.B.R. 9007-1 and no objections have been filed. Good cause exists for granting the relief herein. It is therefore

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that all deadlines applicable to Funderz.Net, LLC are tolled for thirty (30) days from the entry of this Order; and it is further

**ORDERED** that Carmen Contreras-Martinez and Turner N. Falk and Saul Ewing LLP are hereby authorized to withdraw as counsel to Funderz.Net, LLC in the above-captioned adversary proceeding, effective as of January 22, 2026.

### END OF ORDER ###

Carmen Contreras-Martinez (admitted *pro hac vice*)
**SAUL EWING LLP**
701 Brickell Avenue, Suite 1700
Miami, FL 33131
(305) 428-4500
carmen.contreras-martinez@saul.com

-and-

Turner N. Falk (admitted *pro hac vice*)
**SAUL EWING LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8415
turner.falk@saul.com

*Counsel to Funderz.Net, LLC*

56022118.1