Carmen Contreras-Martinez (admitted *pro hac vice*)
**SAUL EWING LLP**
701 Brickell Avenue, Suite 1700
Miami, FL 33131
(305) 428-4500
carmen.contreras-martinez@saul.com

-and-

Turner N. Falk (admitted *pro hac vice*)
**SAUL EWING LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8415
turner.falk@saul.com

*Counsel to Funderz.Net, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>DENNIS JAMES ROGERS II,<br><br>　　　　　Debtor.<br><br>———<br><br>AREYA HOLDER AURZADA, Chapter 7 Trustee for the Bankruptcy Estate of Dennis James Rogers II<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FUNDERZ.NET, LLC<br><br>　　　　　Defendant. | (Chapter 7)<br><br>Case No. 22-30500-SWE<br><br><br>Case No. 24-03028-SWE |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a 15-minute hearing to consider the relief requested in

Funderz.net's Motion to Withdraw as Counsel [Docket No. 69] will take place via hybrid format

on **March 5, 2026 at 9:30 a.m.** on at the Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom 3, Dallas, Texas 75242 before the Honorable Scott W. Everett, U.S. Bankruptcy Judge for the Northern District of Texas.

**PLEASE TAKE FURTHER NOTICE** that any parties who wish to participate in the hearings may do so in person or virtually. Video communication will be via WebEx. Connect via WebEx by visiting the WebEx hearing link on the Court's Hearing Dates and Calendar webpage or by using the following link: https://us-courts.webex.com/meet/everett. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1.650.479.3207, using 2304 017 9738 as the access code. Parties who will be offering evidence or participating in examination need to make in person appearances in the courtroom. All other interested parties may make their appearance via Webex.

**PLEASE TAKE FURTHER NOTICE** that the Court requests that in advance of the hearing all parties familiarize themselves with Judge Everett's Judge-Specific Guidelines: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates.

**PLEASE TAKE FURTHER NOTICE** that parties may make electronic appearances in advance of the hearing by visiting the following link: Electronic Appearances | Northern District of Texas | United States Bankruptcy Court (uscourts.gov).

Dated:  February 6, 2026

                        **SAUL EWING LLP**

                        */s/ Carmen Contreras-Martinez*
                        Carmen Contreras-Martinez (admitted *pro hac vice*)
                        701 Brickell Avenue, Suite 1700
                        Miami, FL 33131
                        (305) 428-4500
                        carmen.contreras-martinez@saul.com

57205778.1

-and-

Turner N. Falk (admitted *pro hac vice*)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8415
turner.falk@saul.com

*Counsel to Funderz.net, LLC*

# CERTIFICATE OF SERVICE

I certify that on February 6, 2026, I caused a copy of the foregoing document to be served via electronic mail to the counsel listed below and via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

David B. Miller
SCHNEIDER MILLER REYNOLDS, P.C.
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
david@schneidlaw.com

-and-

T. Micah Dortch
Dortch Lindstrom Livingston Law Group
2613 Dallas Parkway, Suite 220
Plano, TX 75093
micah@dll-law.com

***Special Counsel for the Trustee Areya Holder Aurzada***

and via U.S. Mail to:

Funderz.net, LLC
1022 Avenue M, Floor 2
Brooklyn, NY 11230

                                                  */s/ Carmen Contreras-Martinez*
                                                  Carmen Contreras-Martinez

57205778.1