David B. Miller
Texas Bar No. 00788057
david@schneidlaw.com
SCHNEIDER MILLER REYNOLDS, P.C.
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
Telephone: (972) 479-1112
Facsimile: (972) 479-1113

T. Micah Dortch
Texas Bar No. 24044981
micah@dll-law.com
Dortch Lindstrom Livingston Law Group
2613 Dallas Parkway, Suite 220
Plano, Texas 75093
Telephone: 214-252-8258
Facsimile: 888-653-3299

*Special Counsel for the Trustee Areya Holder Aurzada*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: § | CASE NO. 22-30500-swe7 | |
| **DENNIS JAMES ROGERS II,** § | | |
| Debtor. § | **CHAPTER 7** | |

| | | |
|---|---|---|
| **AREYA HOLDER AURZADA,** § | | |
| **CHAPTER 7 TRUSTEE FOR THE** § | | |
| **BANKRUPTCY ESTATE OF** § | | |
| **DENNIS JAMES ROGERS II** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Adversary No. 24-03028 | |
| § | | |
| **FUNDERZ.NET, LLC,** § | | |
| Defendant. § | | |

**PLAINTIFF'S RESPONSE TO MOTION OF SAUL EWING LLP TO
WITHDRAW AS COUNSEL FOR FUNDERZ.NET, LLC**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Plaintiff Areya Holder Aurzada, Chapter 7 Trustee for the Bankruptcy Estate of Dennis James Rogers II (the "Trustee") files this her Response to the Motion of Saul Ewing LLP to Withdraw as Counsel for Funderz.Net, LLC ("Funderz").

As correctly stated in the Certificate of Conference in the Motion to Withdraw, the Trustee does not oppose Saul Ewing's withdrawal in this case. As requested by the Trustee prior to Saul Ewing filing their Motion to Withdraw, however, the Trustee does request that Saul Ewing comply Local Rule 2091-1 and include the name of a person to contact and a telephone number.

Local Rule 2091-1 also requires the client's signature approving the withdrawal when there is no succeeding attorney. The Trustee defers to the Court on this specific matter.

The Trustee strongly opposes the second request within the Motion to Withdraw, specifically, that the Court "provide Funderz thirty (30) for it to retain substitute counsel, allow counsel to familiarize themselves with this matter, and hold any deadlines in abeyance until new counsel can appear." Motion to Withdraw at ¶ 8. The background facts make clear that Funderz has had ample time to find new counsel and no further delay is justified. The Trustee will shortly be filing a motion for civil contempt and opposes any delays in responding to that forthcoming motion.

Counsel for Funderz first disclosed their potential withdrawal to the undersigned counsel on May 19, 2025. Counsel for Funderz repeated their need to withdraw from the case on multiple occasions thereafter. On November 3, 2025, the Trustee inquired as to whether Saul Ewing intended to continue to represent Funderz during post-judgment discovery. On November 6, 2025, after discussion with counsel for Funderz regarding their withdrawal, the Trustee was informed that withdrawal was imminent. Accordingly, the Trustee served counsel for Funderz and, with the permission of counsel, served Funderz directly with post-judgment discovery. See the attached **Exhibit 1** incorporated herein by reference without attachments referenced in Exhibit 1. Funderz has had months to obtain new counsel.

Funderz has apparently determined that it will not provide information that will allow the Trustee to, among other things, trace the $11.5 million it received. The Trustee opposes any further delay.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully requests the Court to enter an Order (1) allowing Saul Ewing to withdraw contingent upon satisfying Local Rule 2091-1 and (2) denying any abeyance or continuation of this case based upon lack of counsel or the need for any new counsel to familiarize themselves with this case.

Dated: February 23, 2026

Respectfully submitted,

By: */s/ David B. Miller*
David B. Miller
Texas Bar No. 00788057
david@schneidlaw.com
SCHNEIDER MILLER REYNOLDS, P.C.
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
Telephone:(972) 479-1112
Facsimile: (972) 479-1113

-and-

T. Micah Dortch
Texas Bar No. 24044981
micah@dll-law.com
Dortch Lindstrom Livingston Law Group
2613 Dallas Parkway, Suite 220
Plano, Texas 75093
Telephone: 214-252-8258
Facsimile: 888-653-3299

*Special Counsel for the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Plaintiff's Response to Motion of Saul Ewing LLP to Withdraw as Counsel for Funderz.Net, LLC was served by ECF upon all persons who have filed ECF appearances in this case.

By: */s/ David B. Miller*
David B. Miller

**EXHIBIT 1**

**David Miller**

| | |
|---|---|
| **From:** | David Miller |
| **Sent:** | Thursday, November 6, 2025 12:18 PM |
| **To:** | 'Falk, Turner N.' |
| **Cc:** | 'Contreras-Martinez, Carmen'; Kathleen Yant; 'micah@dll-law.com' |
| **Subject:** | RE: Trustee v. Funderz |
| **Attachments:** | 24-03028 RFP to Funderz (10-30-2025).pdf |

Turner,

Based on our conversation just now, since you remain counsel of record, I am formally serving you with the Trustee's First Post-Judgment Request for Production of Documents. Also, based on your permission under the circumstances we discussed, I am sending a certified mail directly to Funderz at their registered business address. To be clear, responses and documents are due in 30 days.

David Miller
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
Phone 972-479-1112
Fax 972-479-1113
David@schneidlaw.com

**From:** David Miller
**Sent:** Monday, November 3, 2025 9:08 AM
**To:** Falk, Turner N. <turner.falk@saul.com>
**Cc:** Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; Kathleen Yant <kathleen@schneidlaw.com>; micah@dll-law.com
**Subject:** Trustee v. Funderz

Turner,

I have attached the Trustee's First Post-Judgment Request for Production of Documents. We previously discussed that your firm may not continue in its representation of Funderz in this matter. **Please let us know by tomorrow at noon CST whether your firm will continue to represent Funderz in this matter and thus you accept service via this email.** If your firm will not continue the representation and thus do not accept service, please formally withdraw pursuant to Local Bankruptcy Rule 2091.1 and provide the required information. Thank you.

David Miller
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
Phone 972-479-1112
Fax 972-479-1113