United States Bankruptcy Court

Northern District of Texas

Areya Holder Aurzada, Chapter 7 Trustee,

 Plaintiff                 Adv. Proc. No. 24-03028-swe

Funderz.Net, LLC,

 Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 06, 2026 | Form ID: BTXN027a | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Carmen Contreral-Martinez, Saul Ewing LLP, 701 Brickell Avenue, Suite 1700, Miami, FL 33131-2832 |
| aty | + Saul Ewing LLP, 701 Brickell Avenue, Suite 1700, Miami, FL 33131-2832 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026       Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carmen Contreras-Martinez | on behalf of Defendant Funderz.Net  LLC carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com |
| David Brian Miller | on behalf of Plaintiff Areya Holder Aurzada  Chapter 7 Trustee for the Bankruptcy Estate of Dennis James Rogers II david@schneidlaw.com, kedrin@schneidlaw.com |
| Timothy Micah Dortch | on behalf of Plaintiff Areya Holder Aurzada  Chapter 7 Trustee for the Bankruptcy Estate of Dennis James Rogers II Micah@dll-law.com, luisa@dll-law.com |
| Turner Falk | on behalf of Defendant Funderz.Net  LLC turner.falk@saul.com, tnfalk@recap.email |

TOTAL: 4

BTXN 027 (rev. 06/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Dennis James Rogers, II | § | |
| | § | Case No.:   22−30500−swe7 |
| Debtor(s) | § | Chapter No.:  7 |
| Areya Holder Aurzada, Chapter 7 Trustee for the | § | |
| Bankruptcy Estate of Dennis James Rogers II | § | |
| Plaintiff(s) | § | Adversary No.:   24−03028−swe |
| vs. | § | |
| Funderz.Net, LLC | § | |
| Defendant(s) | | |

Dear Contreras−Martinez//Falk:

     The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

☐ Interim Report

☐ Trustee's Final Account

☐ Trustee's Final Report

☐ 341 Meeting Minute Sheet and Exempt Property Report

☐ Report of Trustee in No−Asset Case and Application for Closing

☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting

☑ Other: Please upload the order on the motion to withdraw at attorney for defendant (69)

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 10 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED:  4/6/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Kara Hyden, Deputy Clerk
kara_hyden@txnb.uscourts.gov