## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-30500-swe7 |
| DENNIS JAMES ROGERS II, | § | |
| Debtor. | § | CHAPTER 7 |

| | | |
|---|---|---|
| AREYA HOLDER AURZADA, | § | |
| CHAPTER 7 TRUSTEE FOR THE | § | |
| BANKRUPTCY ESTATE OF | § | |
| DENNIS JAMES ROGERS II | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 24-03028 |
| | § | |
| FUNDERZ.NET, LLC, | § | |
| Defendant. | § | |

## AFFIDAVIT OF DAVID B. MILLER IN SUPPORT OF ATTORNEY'S FEES RELATING TO MOTION TO COMPEL

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

**BEFORE ME,** the undersigned authority, on this day personally appeared David B. Miller, known to me to be the person whose name is subscribed hereto and, after first being duly sworn according to law, upon his oath does state as follows:

1.     "My name is David B. Miller.  I am over the age of twenty-one years old and am competent to make this Affidavit.  I have personal knowledge of the matters stated herein and they are all true and correct."

AFFIDAVIT OF DAVID B. MILLER IN SUPPORT OF
ATTORNEY'S FEES RELATING TO MOTION TO COMPEL                                     PAGE 1

2. "I am, and have been since November 1993, duly licensed to practice law in the courts of the State of Texas. I practice primarily in commercial litigation and have so practiced since November 1993."

3. "My firm was retained by the Trustee as Special Counsel to represent the Trustee in the above-referenced matter. The Trustee agreed to pay my firm a reasonable fee for legal services."

4. "My firm prepared, filed, and argued a Motion to Compel [Dkt. 60] in this matter. In relation to the Motion to Compel, I conducted legal research regarding the relevant standard and remedies. I further drafted the Motion, communicated with counsel, prepared for hearing and attended the hearing."

5. "I have expended in excess of 7.5 hours at a billing rate of $450.00 per hour, performing such legal services."

6. "The Trustee has been billed or will be billed for the attorneys' fees and expenses for the services performed."

7. "I am familiar with the type of work involved in this case. I have done similar work for other clients on many occasions. I am familiar with the amount and extent of the work that is required, and I know what is necessary."

8. "I am familiar with the fees customarily charged in commercial litigation cases in state and federal courts by practicing attorneys in Dallas County, Texas and surrounding counties. I am also familiar with the factors that may be considered in determining the reasonableness of attorneys' fees, as listed in Rule 1.04 of the Texas Disciplinary Rules of Professional Conduct, State Bar Rules Art. X, § 9 and related federal standards. Considering the attorneys' fees customarily charged in Dallas County, Texas and surrounding counties in commercial litigation

AFFIDAVIT OF DAVID B. MILLER IN SUPPORT OF
ATTORNEY'S FEES RELATING TO MOTION TO COMPEL                                    PAGE 2

matters and the factors listed in Rule 1.04, attorneys' fees and expenses in the amount of $3,375.00

are reasonable and necessary attorneys' fees and expenses for the time expended to date."

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
David B. Miller

**SUBSCRIBED AND SWORN TO BEFORE ME** by David B. Miller on this 9th day of April, 2026.

KATHLEEN A. YANT
Notary Public, State of Texas
Comm. Expires 06-09-2026
Notary ID 8342064

_____
Notary Public in and for the State of Texas

**AFFIDAVIT OF DAVID B. MILLER IN SUPPORT OF
ATTORNEY'S FEES RELATING TO MOTION TO COMPEL**