

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 15, 2026**

_____

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 22-30500-swe7** |
| **DENNIS JAMES ROGERS II,** | § | |
| Debtor. | § | **CHAPTER 7** |

| | | |
|---|---|---|
| **AREYA HOLDER AURZADA,** | § | |
| **CHAPTER 7 TRUSTEE FOR THE** | § | |
| **BANKRUPTCY ESTATE OF** | § | |
| **DENNIS JAMES ROGERS II** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Adversary No. 24-03028** |
| | § | |
| **FUNDERZ.NET, LLC,** | § | |
| Defendant. | § | |

## ORDER GRANTING ATTORNEY'S FEES REGARDING MOTION TO COMPEL

CAME ON TO BE HEARD Plaintiff's Motion to Compel Response to Trustee's Post-Judgment Request for Production of Documents to Defendant Funderz.net, LLC. The Court,

having considered the evidence, pleadings and the arguments of counsel at hearing on January 22, 2026, granted the Motion in part as to the production of documents and deferred any Order regarding attorney's fees pending Defendant's compliance with the production of documents.  The Defendant did not respond in any fashion or produce any documents. It is, therefore,

ORDERED that attorney's fees are GRANTED in the amount of $3,375.00 and that Defendant shall make such payment to the office of Schneider Miller Reynolds, P.C. within seven (7) days of the entry of this Order.

###END OF ORDER###