United States Bankruptcy Court

Northern District of Texas

Areya Holder Aurzada, Chapter 7 Trustee,

    Plaintiff

Adv. Proc. No. 24-03028-swe

Funderz.Net, LLC,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0539-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 15, 2026 | Form ID: pdf001 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 15 2026 21:35:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 15 2026 21:35:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 15 2026 21:35:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Apr 15 2026 21:35:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 15 2026 21:35:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026        Signature:      /s/Gustava Winters

District/off: 0539-3                          User: admin                                      Page 2 of 2
Date Rcvd: Apr 15, 2026                       Form ID: pdf001                               Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Carmen Contreras-Martinez
                                on behalf of Defendant Funderz.Net  LLC carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com

David Brian Miller
                                on behalf of Plaintiff Areya Holder Aurzada  Chapter 7 Trustee for the Bankruptcy Estate of Dennis James Rogers II
                                david@schneidlaw.com, kedrin@schneidlaw.com

Timothy Micah Dortch
                                on behalf of Plaintiff Areya Holder Aurzada  Chapter 7 Trustee for the Bankruptcy Estate of Dennis James Rogers II
                                Micah@dll-law.com, luisa@dll-law.com

Turner Falk
                                on behalf of Defendant Funderz.Net  LLC turner.falk@saul.com, tnfalk@recap.email


TOTAL: 4



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 15, 2026**

**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 22-30500-swe7** |
| **DENNIS JAMES ROGERS II,** | § | |
| Debtor. | § | **CHAPTER 7** |

---

| | | |
|---|---|---|
| **AREYA HOLDER AURZADA,** | § | |
| **CHAPTER 7 TRUSTEE FOR THE** | § | |
| **BANKRUPTCY ESTATE OF** | § | |
| **DENNIS JAMES ROGERS II** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Adversary No. 24-03028** |
| | § | |
| **FUNDERZ.NET, LLC,** | § | |
| Defendant. | § | |

---

### ORDER GRANTING ATTORNEY'S FEES REGARDING MOTION TO COMPEL

CAME ON TO BE HEARD Plaintiff's Motion to Compel Response to Trustee's Post-

Judgment Request for Production of Documents to Defendant Funderz.net, LLC. The Court,

having considered the evidence, pleadings and the arguments of counsel at hearing on January 22, 2026, granted the Motion in part as to the production of documents and deferred any Order regarding attorney's fees pending Defendant's compliance with the production of documents.  The Defendant did not respond in any fashion or produce any documents. It is, therefore,

ORDERED that attorney's fees are GRANTED in the amount of $3,375.00 and that Defendant shall make such payment to the office of Schneider Miller Reynolds, P.C. within seven (7) days of the entry of this Order.

###END OF ORDER###

**ORDER GRANTING ATTORNEY'S FEES REGARDING MOTION TO COMPEL**                    **Page 2**