

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 20, 2026**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>DENNIS JAMES ROGERS II,<br><br>Debtor. | (Chapter 7)<br><br>Case No. 22-30500-SWE |
| AREYA HOLDER AURZADA, Chapter 7 Trustee for the Bankruptcy Estate of Dennis James Rogers II<br><br>Plaintiff,<br><br>v.<br><br>FUNDERZ.NET, LLC<br><br>Defendant. | Case No. 24-03028-SWE |

### ORDER GRANTING IN PART MOTION OF SAUL EWING LLP
### TO WITHDRAW AS COUNSEL FOR FUNDERZ.NET, LLC

THIS MATTER came on for consideration the Motion of Saul Ewing LLP to Withdraw as

Counsel for Funderz.net, LLC (the "Motion") [DE 69] filed by Carmen Contreras-Martinez and

Turner N. Falk (collectively, "Saul Ewing"). The Motion was served pursuant to N.D. Tex. L.B.R. 9007-1 and no objections have been filed. Good cause exists for granting the relief herein. It is therefore

ORDERED that the Motion is granted in part and denied in part as stated on the record;

ORDERED that Carmen Contreras-Martinez and Turner N. Falk and Saul Ewing LLP are hereby authorized to withdraw as counsel to Funderz.Net, LLC in the above-captioned adversary proceeding, effective as of April 15, 2026;

ORDERED that the request to extend deadlines in DENIED; and

All pleadings, motions, notices, orders, and other papers may be served upon Funderz.net, LLC, 1022 Avenue M, Floor 2, Brooklyn, NY 11230; Telephone No. (212) 233-XXXX as fully disclosed to the Trustee.

_____
Client representative
Print Name:___JOSEPH ISAACOFF___

### END OF ORDER ###

Carmen Contreras-Martinez (admitted *pro hac vice*)
**SAUL EWING LLP**
701 Brickell Avenue, Suite 1700
Miami, FL 33131
(305) 428-4500
carmen.contreras-martinez@saul.com

-and-

Turner N. Falk (admitted *pro hac vice*)
**SAUL EWING LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8415
turner.falk@saul.com

*Counsel to Funderz.Net, LLC*

2